IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TROY McCOLLUMS,
ADC #136591                                                                                     PLAINTIFF

V.                            CASE NO. 5:17-CV-00019 JM/BD

WENDY KELLY, et al.                                                                       DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After a careful consideration of the Recommendation, Mr. McCollums's timely objections, and upon a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. McCollums's claims are DISMISSED, with prejudice, based on his failure to state a constitutional claim. The Court certifies that this dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915(g) and that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED, this 21st day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE